Emmons *v*. The Indianapolis and St. Louis Railroad Company.

—————•—————

EMMONS *v*. THE INDIANAPOLIS AND ST. LOUIS RAILROAD COMPANY.

APPEAL from the Hendricks Circuit Court.

WORDEN, C. J.—The questions involved in this case are the same as in the case of *Straughan* v. *The Indianapolis and St. Louis Railroad Company, ante*, p. 185; and for the reasons given in that case, the judgment must be affirmed.

The judgment below is affirmed, with costs and five per cent. damages.

PETTIT, J., was absent.

*W. A. McKenzie*, for appellant.

*M. A. Osborn* and *L. Ritter*, for appellee.

